In re:
Marilyn Rule
       Debtor

Case No. 19-04223-RNO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 1      Date Rcvd: Jan 27, 2020
                          Form ID: 318      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
db           #+Marilyn Rule,    14 West Linden Street,   Wilkes Barre, PA 18702-2614
5253434       Bank of America,   4909 Savarese Drive,   Orlando FL 33634
5253435       Commonwealth Health,   PO Box 1022,   Wixom MI 48393-1022
5253436      +Cross Valley FCU,   640 Baltimore Drive,   Wilkes-Barre, PA 18702-7943
5253437      +Digestive Care Associates PC,   PO Box 5334,   Carol Stream IL 60197-5334
5253439       Geisinger,   100 North Academy Ave,   Danville PA 17822-3941
5253441      +Matthew Berger MD, PC,   340 Montage Mountain Road,   Moosic PA 18507-1707
5253442      +Wilkes Barre General Hospital,   575 North River Street,   Wilkes Barre PA 18764-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5253440      +EDI: CHASE.COM Jan 28 2020 00:18:00    JPMCB CARD SERVICES,   PO Box 15369,
               Wilmington, DE 19850-5369
5253438       EDI: USBANKARS.COM Jan 28 2020 00:18:00    Elan Financial Services,   PO Box 108,
               St Louis MO 63166-0108
                                                                                 TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
```
         James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
                              as Trustee for the certificateholders of the CWABS, Et Al... bkgroup@kmllawgroup.com
         John  Fisher   on behalf of Debtor 1 Marilyn  Rule johnvfisher@yahoo.com,
             fisherlawoffice@yahoo.com
         Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,  PA41@ecfcbis.com;psheldon@sheilslaw.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 4
```

| | | | |
|---|---|---|---|
| Debtor 1 | **Marilyn Rule** | Social Security number or ITIN | xxx–xx–3362 |
| | First Name   Middle Name   Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ | |
| | | EIN __–_____ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:19–bk–04223–RNO | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marilyn Rule
aka Marilyn A Interewicz, aka Marilyn Interewicz

**By the court:**

_Robt N. Opel II_

1/27/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**